# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| MALISSA H. STOVALL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil No. 12-0604-CG-N |
| | ) |
| THE COMPASS GROUP/ | ) |
| MORRISON MANAGEMENT | ) |
| SPECIALIST, | ) |
| | ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the Order granting the defendant's motion for summary, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendant, The Compass Group/Morrison Management Specialist, and against Plaintiff, Malissa H. Stovall. It is, therefore, **ORDERED** that the Plaintiff's complaint is hereby **DISMISSED with prejudice**. Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this 20yh day of June, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE